# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CHRISTOPHER M. MANION**                            **PLAINTIFF**

v.                  No. 4:16-CV-00772-JM-BD

**NANCY A. BERRYHILL, Acting Commissioner,**
Social Security Administration                           **DEFENDANT**

## ORDER

The Court has received a Recommended Disposition from Magistrate Judge Beth Deere. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

The Commissioner's decision is REVERSED AND REMANDED, with instructions to develop the record as necessary and to perform a full function-by-function analysis in compliance with SSR 96-8p.

DATED this 17th day of October, 2017.

                                      _____
                                      UNITED STATES DISTRICT JUDGE