IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHRISTOPHER M. MANION**                                                              **PLAINTIFF**

v.                              No. 4:16-CV-00772-JM-BD

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                                                       **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is REVERSED AND REMANDED.

Judgment is entered in favor of the Plaintiff.

DATED this 17th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE